UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

------------------------------------------------
IN RE:                                  )    CHAPTER            13
                                        )
CHARLES G. BAGLEY,                      )    CASE NO.           07-21510 (ASD)
                                        )
            DEBTOR.                     )
------------------------------------------------

**BRIEF MEMORANDUM AND ORDER ON AMENDED CHAPTER 13 PLAN**

On October 25, 2007, Charles G,. Bagley (hereafter, the "Debtor"), filed a petition for relief under Chapter 13 of the Bankruptcy Code. On November 16, 2007, the Debtor filed, *inter alia*, the Plan required by Fed. R. Bankr. P. 3015, which called for monthly payments of $607.00. On April 1, 2008, the Debtor filed an Amended Plan which changed the monthly payments to $314.15. The Amended Plan came before the Court for confirmation this same date and was met with objection by the Chapter 13 Trustee (hereafter, the "Trustee").

The singular issue before the Court is whether the Amended Plan becomes "the plan", see Section 1323 (b), *retroactively* for purposes of calculating a pre-confirmation payment delinquency of $963.75 (hereafter, the "Delinquency"). The Court adopts the reasoning of United States Bankruptcy Judge Frank W. Kroger in In re Walters, 223 B.R. 710, 713 (Bankr.W.D. Mo. 1998) in concluding that while the Amended Plan replaces the original Plan, "the [A]mended Plan terms simply become the new terms. The replacement does not alter obligations which have already accrued." Id. Accordingly, the Trustee's Objection must be and is **SUSTAINED**.

In the event the Trustee prevailed in her objection, the Debtor requested a period

of 45 days within which to address the Delinquency. The request is Granted.

Dated: September 16, 2008                                    BY THE COURT

                                                             *[signature]*
                                                             Albert S. Dabrowski
                                                             Chief United States Bankruptcy Judge